NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VALERIA FLORES,**

*Petitioner-Appellant,*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellee.*

---

2014-5073

---

Appeal from the United States Court of Federal Claims in No. 1:10-vv-00489-MMS, Judge Margaret M. Sweeney.

---

**JUDGMENT**

---

SUSAN J. SCHWARTZ, Corboy & Demetrio, P.C., of Chicago, Illinois, argued for petitioner-appellant.

LYNN E. RICCIARDELLA, Senior Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Assistant Attorney General, RUPA BHATTACHARYYA, Director, VINCENT J. MATANOSKI, Deputy Director, VORIS E.

JOHNSON, JR., Assistant Director, and DEBRA A. FILTEAU BEGLEY, Trial Attorney.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 8, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |